IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| LOWELL BAISDEN, MICHAEL KONING, and ANESTHESIA CONSULTANTS OF NEBRASKA, INC., a Nebraska corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RON BOURNE; BURT MCKEAG; ANDREW CHANTOS; BOB MCCHESNEY; and Does 1 through 10,<br><br>Defendants. | 8:06CV419<br><br><br><br><br><br>ORDER OF DISMISSAL |

Pursuant to Plaintiffs' Notice of Dismissal (Filing No. 17), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

Dated August 10, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge